ulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the parties to the above-entitled cause, by their respective counsel, that this appeal may be dismissed without costs to either party, the matter involved therein having been amicably settled."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby dismissed, without costs, pursuant to the foregoing stipulation.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. BLUE DIAMOND COMPANY OF NEVADA (Dissolved), W. C. Hay et al., Liquidating Trustees, Respondents.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WOODSTOCK MATERIALS CO., Ltd., Respondent.

### Nos. 7874, 7875.

Circuit Court of Appeals, Ninth Circuit.

May 27, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, of Washington, D. C., for petitioner.

Joseph D. Peeler, of Los Angeles, Cal., for respondents.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

### PER CURIAM.

Upon consideration of motion of petitioner in each of above causes for dismissal of the petitions to review, each motion being consented to by counsel for respondent, ordered motions granted, petitions to review dismissed, judgment of dismissal filed and entered in each cause, and mandate in each cause issued forthwith.

## COMMISSIONER OF INTERNAL REVENUE v. CENTRAL INVESTMENT CO.

### No. 5379.

Circuit Court of Appeals, Seventh Circuit.

June 5, 1935.

Frank J. Wideman and Sewall Key, both of Washington, D. C., for petitioner.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

### PER CURIAM.

Now this day comes the petitioner by its counsel and presents a motion that the petition of the Commissioner of Internal Revenue for review be withdrawn.

On consideration whereof, it is now here ordered and adjudged by this court that the petition of the Commissioner of Internal Revenue for a review of the decision of the United States Board of Tax Appeals entered on May 18, 1934, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. COSMOPOLITAN BOND & MORTGAGE CO.

### No. 5381.

Circuit Court of Appeals, Seventh Circuit.

May 27, 1935.

Frank J. Wideman, Sewall Key, and Arnold Raum, all of Washington, D. C., for petitioner.

Harry H. Barnum and Charles S. Macaulay, both of Chicago, Ill., for respondent.

### PER CURIAM.

Now this day comes the petitioner by its counsel and presents a motion that the petition of the Commissioner of Internal Revenue for review be withdrawn.

On consideration whereof, it is now here ordered and adjudged by this court that the petition of the Commissioner of Internal Revenue for a review of the decision of the United States Board of Tax Appeals entered on April 26, 1934, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVE-
NUE v. FARMERS LIFE INSUR-
ANCE COMPANY.

No. 971.

Circuit Court of Appeals, Tenth Circuit.
May 13, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas Watters, Jr., of Des Moines, Iowa, for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, and cause remanded, with instructions, on stipulation.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. W. L. HON-
NOLD, Respondent.

No. 434.

Circuit Court of Appeals, Second Circuit.
June 10, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., for petitioner.

Paul Armitage, of New York City, and Ellsworth C. Alvord, Floyd F. Toomey, and Karl Riemer, all of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Smith v. Commissioner, 59 F.(2d) 56 (C. C. A. 1).

COMMISSIONER OF INTERNAL REVE-
NUE v. Pearl LEEPER.

SAME v. ESTATE Frank LEEPER.

SAME v. Mrs. Egerto CRISPIN.

SAME v. George ZOBELEIN.

SAME v. Mrs. Edward ZOBELEIN.

SAME v. Henry FELDMAN.

SAME v. Edward KEEYS.

SAME v. J. E. HARRISON.

SAME v. Earl W. MUELLER.

SAME v. Mrs. S. STREEFKERK.

SAME v. Albert MILLER.

SAME v. Rose L. CARSON.

SAME v. John E. CARSON.

Nos. 7529–7541.

Circuit Court of Appeals, Ninth Circuit.
July 1, 1935.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties that above causes abide the decision of this court in the companion case of Commissioner v. Erle Gerard (No. 7528) 75 F.(2d) 542, opinion on rehearing filed June 17, 1935, and final judgment having been entered in said Gerard Case, ordered that judgment be entered in each of above causes modify-